# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| **Anthony Fischetti as Executor of the Estate of Concetta Fischetti,** | Case No.: 4:13-cv-03005-RBH |
| **Plaintiff,** | |
| v. | **ORDER REMANDING CASE** |
| **SeaTruck, Inc., KC Freight, LLC and Carlos L. Ceballos,** | |
| **Defendants.** | |

This matter came before the Court on a consent motion by the parties requesting an order remanding the above-captioned matter from the United States District Court to the Court of Common Pleas in Florence County, South Carolina. *See* ECF No. 6. This request was made because all parties appear to be Florida residents; therefore, this case does not meet the diversity requirements of 28 U.S.C. § 1441(b).

**IT THEREFORE IS ORDERED** that the parties' joint consent to remand (ECF No. 6) be **GRANTED** and that this case be **REMANDED** to the Court of Common Pleas for Florence County, South Carolina. A certified copy of this order shall be mailed by the Clerk of this Court to the Clerk of Court for the Court of Common Pleas for Florence County, South Carolina.

IT IS SO ORDERED.

s/ R. Bryan Harwell
R. Bryan Harwell
United States District Judge

November 13, 2013
Florence, South Carolina