# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| **Anthony Fischetti as Executor of the Estate of Concetta Fischetti,** )<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**SeaTruck, Inc., KC Freight, LLC and Carlos L. Ceballos,** )<br>)<br>**Defendants.** ) | Case No.: 4:13-cv-03005-RBH<br><br><br>**ORDER REMANDING CASE** |

This matter came before the Court on a consent motion by the parties requesting an order remanding the above-captioned matter from the United States District Court to the Court of Common Pleas in Florence County, South Carolina. *See* ECF No. 6. This request was made because all parties appear to be Florida residents; therefore, this case does not meet the diversity requirements of 28 U.S.C. § 1441(b).

**IT THEREFORE IS ORDERED** that the parties' joint consent to remand (ECF No. 6) be **GRANTED** and that this case be **REMANDED** to the Court of Common Pleas for Florence County, South Carolina. A certified copy of this order shall be mailed by the Clerk of this Court to the Clerk of Court for the Court of Common Pleas for Florence County, South Carolina.

**IT IS SO ORDERED.**

s/ R. Bryan Harwell
R. Bryan Harwell
United States District Judge

November 13, 2013
Florence, South Carolina